LAR:jw

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20759-CR-JORDAN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RAUL LAZARO HERNANDEZ,

        Defendant(s).

_____/

## FINAL ORDER OF FORFEITURE

THIS CAUSE is before the court upon motion of the United States for entry of a Final Order of Forfeiture. Being fully advised in the premises, the Court finds as follows:

1.    On February 6, 2008, this Court entered a Preliminary Order of Forfeiture [DE #381] in favor of the United States and ordered that the defendant's interest in the sum of $23,200 in United States currency be forfeited to the United States.

2.    On April 18, 2008, the United States published, in a newspaper of general circulation, The Miami Daily Business Review, notice of forfeiture, the intent to dispose of the property in accordance with the law, and notice to all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property. The Proof of Publication was filed with the Court on May 8, 2008, [DE #508].

3.  Under the provisions of 21 U.S.C. § 853(n)(2), a person claiming an interest in the property must file a petition with the Court within thirty days of publication of notice or of receipt of actual notice, which ever is earlier. Thirty (30) days from the date of publication have elapsed and no other claim has been filed.

4.  The Defendant was sentenced on February 1, 2008, and the forfeiture pronounced as part of his Judgment.

Based on the foregoing, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Pursuant to 21 U.S.C. § 853, all right, title, claim and interest in (a) $23,200.00 in United States currency is hereby forfeited to the United States of America and shall bi disposed of according to Law.

2. The Court defaults any persons with any interest, title or claim to the forfeited property and terminate their interest therein for failure to file a claim.

3. That the United States Marshals Service, or any duly authorized law enforcement official, shall dispose of the above mentioned property, in accordance with law.

DONE AND ORDERED in chambers at the Wilkie D. Ferguson, Jr., Federal Courthouse in Miami, Florida on this 29th day of July, 2008.

_____
~~DONALD L. GRAHAM~~ Adalberto Jordan
UNITED STATES DISTRICT JUDGE

cc:    AUSA Lornette Reynolds (2 certified copies)